JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. CV11-09340 WDK(FMOx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **RAUL JESUS NAJERA, et al.,** | |
| Defendant. | |

Plaintiff accepts defendant's Rule 68 Offer of Judgment.

Plaintiff J & J Sports Productions, Inc. is awarded final judgment against the defendants Raul Jesus Najera, an individual d/b/a Unlimited Tattoo shall pay the plaintiff, J & J Sports Productions, Inc. in the amount of three thousand two hundred and one dollar ($3,201.00).

IT IS SO ORDERED.

Dated: December 4, 2012

_____
William Keller
United States District Judge