JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**RAUL JESUS NAJERA, et al.,**<br><br>Defendant. | Case No. CV11-09340 WDK(FMOx)<br><br>**JUDGMENT** |

Plaintiff accepts defendant's Rule 68 Offer of Judgment.

Plaintiff J & J Sports Productions, Inc. is awarded final judgment against the defendants Raul Jesus Najera, an individual d/b/a Unlimited Tattoo shall pay the plaintiff, J & J Sports Productions, Inc. in the amount of three thousand two hundred and one dollar ($3,201.00).

IT IS SO ORDERED.

Dated: December 4, 2012

_____
William Keller
United States District Judge